THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SIMONS, Appellant, *v.* EARL KNICKERBOCKER, Respondent.

(Submitted March 19, 1929; decided April 16, 1929.)

*George C. Inman* for appellant.

*John J. Moy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.